IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

C.A. D-A.,                                              *

                           Petitioner,                 *

v.                                                         Case No.  4:26-cv-584-CDL-AGH

                                                       *

Warden, STEWART DETENTION CENTER,
et.al.,                                                *

                           Respondent.                 *

_____

## J U D G M E N T

Pursuant to this Court's Order dated 5/11/2026, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 11th day of May, 2026.

David W. Bunt, Clerk


s/ Ashley N. Yates, Deputy Clerk